**Nos. 22-2003, 22-2004, 22-2005, 22-2006, 22-2007, 22-2008, 22-2009, 22-2010, 22-2011 (Consolidated)**

# United States Court of Appeals for the Third Circuit

———————————————————————

IN RE LTL MANAGEMENT LLC,

*Debtor.*

———————————————————————

OFFICIAL COMMITTEE OF TALC CLAIMANTS, *et al.*

*Petitioners-Appellants*,

v.

LTL MANAGEMENT LLC,

*Debtor-Appellee.*

———————————————————————

Direct Appeal from the United States Bankruptcy Court for the
District of New Jersey, Chapter 11 No. 21-30589
(Hon. Michael B. Kaplan, Chief Judge)

———————————————————————

**ADDENDUM TO BRIEF OF THE
AMERICAN ASSOCIATION FOR JUSTICE AS AMICUS CURIAE
IN SUPPORT OF PETITIONERS-APPELLANTS**

———————————————————————

Jeffrey R. White
*Senior Associate General Counsel*
AMERICAN ASSOCIATION FOR JUSTICE
777 6th Street NW, Suite 200
Washington, DC 20001
(202) 944-2839
jeffrey.white@justice.org
*Counsel for Amicus Curiae
American Association for Justice*

## CERTIFICATE OF COMPLIANCE

I certify pursuant to L.A.R.31.1(c) that the electronic copy of this brief filed with the Court is identical in all respects to the hard copy filed with the Court.

A virus check was performed on the electronic version using Malwarebytes Anti-Malware. No virus or malicious items were detected.

Date: July 8, 2022

Respectfully submitted,

/s/ Jeffrey R. White
Jeffrey R. White
*Senior Associate General Counsel*
AMERICAN ASSOCIATION FOR JUSTICE
777 6th Street NW, Suite 200
Washington, DC 20001
(202) 944-2839
jeffrey.white@justice.org

*Counsel for Amicus Curiae*
*American Association for Justice*

## CERTIFICATE OF SERVICE

I, Jeffrey R. White, counsel for amicus curiae and a member of the Bar of this Court, certify that on July 8, 2022, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

/s/ Jeffrey R. White
JEFFREY R. WHITE

*Counsel for Amicus Curiae*
*American Association for Justice*