UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 22-2003/22-2004/22-2005/22-2006/22-2007/22-2008
22-2009/22-2010/22-2011

In re: LTL MANAGEMENT LLC,
                                                                Debtor

Present: AMBRO, RESTREPO, and FUENTES, <u>Circuit Judges</u>

Motion by Amicus Appellant United States Trustee for counsel Andrew R. Vara to participate in oral argument.

Respectfully,
Clerk

ORDER

The foregoing motion of Andrew R. Vara, United States Trustee, to Participate in Oral Argument as Amicus Curiae is **granted.** And it being understood that any time allotted to the U. S. Trustee be included in the time allocated to appellants.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

**Dated:** 09/09/2022
**PM/cc:** **All Counsel of Record**