Nos. 22-2003, 22-2004, 22-2005, 22-2006, 22-2007,
22-2008, 22-2009, 22-2010, 22-2011

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

IN RE: LTL MANAGEMENT, LLC,

*Debtor*,

_____

*OFFICIAL COMMITTEE OF TALC CLAIMANTS,

*Appellant.*

*(Amended per Court's Order dated 06/10/2022)

Direct Appeal from the United States Bankruptcy Court
for the District of New Jersey
Chapter 11 No. 21-30589, Adv. Proc. No. 21-3023

# UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF FOR THE NATIONAL ASSOCIATION OF MANUFACTURERS AND PRODUCT LIABILITY ADVISORY COUNCIL, INC. AS *AMICI CURIAE* IN SUPPORT OF PETITION FOR REHEARING AND REHEARING EN BANC

| | |
|---|---|
| Erica Klenicki | Jaime A. Santos |
| Michael A. Tilghman II | Benjamin Hayes |
| NAM LEGAL CENTER | GOODWIN PROCTER LLP |
| 733 10th Street, N.W., Suite 700 | 1900 N Street, N.W. |
| Washington, DC 20001 | Washington, DC 20036 |
| (202) 637-3000 | (202) 346-4000 |
| | jsantos@goodwinlaw.com |
| | |
| | *Counsel for Amici Curiae* |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(A), the National Association of Manufacturers and the Product Liability Advisory Council, Inc. state that they have no parent corporation and have issued no stock.

Dated:  February 21, 2023

*s/ Jaime A. Santos*
Jaime A. Santos

i

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

The National Association of Manufacturers ("NAM") and the Product Liability Advisory Council, Inc. ("PLAC") move for leave to file a brief as *amici curiae* to assist the Court in its consideration of the petition for rehearing and rehearing *en banc*. Pursuant to Fed. R. App. P. 29, counsel for the NAM and PLAC states that all parties have consented to the filing of this brief.

The NAM is the largest manufacturing association in the United States, representing small and large manufacturers in every industrial sector and in all 50 states. The NAM is the voice of the manufacturing community and the leading advocate for a policy agenda that helps manufacturers compete in the global economy and create jobs across the United States. PLAC is a non-profit professional association of corporate members representing a broad cross-section of American and international product manufacturers. These companies seek to contribute to improving and reforming the law in the United States and elsewhere, particularly the law governing the liability of product manufacturers and others in the supply chain. The NAM and PLAC are interested in this case because their membership includes companies that may find themselves as defendants in mass-tort suits.

The proposed *amici curiae* brief raises two arguments. *First*, it explains that bankruptcy is an important tool for manufacturers in financial distress, including

those that face mass-tort liability, to resolve their liabilities in a fair and efficient manner, and to reemerge as productive market participants. *Second*, the proposed *amici curiae* brief explains how the panel decision fails to provide any guidance for businesses trying to discern whether they are eligible for bankruptcy protection, and thereby undermines the goals of bankruptcy. The NAM and PLAC believe that their perspective on the importance of the issue in this appeal and its proper resolution may assist the Court as it considers whether to grant rehearing in this case.

For these reasons, the NAM and PLAC respectfully requests that the Court grant leave to file a brief as *amici curiae*.

Dated: February 21, 2023

Erica Klenicki
Michael A. Tilghman II
NAM LEGAL CENTER
733 10th Street, N.W., Suite 700
Washington, DC 20001
(202) 637-3000

Respectfully submitted,

*s/ Jaime A. Santos*
Jaime A. Santos
Benjamin Hayes
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
(202) 346-4000
jsantos@goodwinlaw.com

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d)(2) because it contains 339 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

Dated: February 21, 2023

          *s/ Jaime A. Santos*
          Jaime A. Santos
          GOODWIN PROCTER LLP
          1900 N Street, N.W.
          Washington, DC 20036
          (202) 346-4000
          *jsantos@goodwinlaw.com*

          *Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I certify that I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on February 21, 2023. I certify that all participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system. I certify that a virus-detection program, Metadact version 5.7.0, has been run on the motion, and no virus was detected.

Dated: February 21, 2023

        *s/ Jaime A. Santos*
        Jaime A. Santos
        GOODWIN PROCTER LLP
        1900 N Street, N.W.
        Washington, DC 20036
        (202) 346-4000
        jsantos@goodwinlaw.com

        *Counsel for Amici Curiae*