# United States Court of Appeals
### *for the*
# Third Circuit

Case No. 22-2003

In re: LTL MANAGEMENT LLC,

*Debtor,*

*OFFICIAL COMMITTEE OF TALC CLAIMANTS,

*Appellant.*

*(Amended per Court's Order dated 06/10/2022)

DIRECT APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN CH. 11 NO. 21-30589 AND ADV. PRO. NO. 21-03032

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF CERTAIN BANKRUPTCY LAW PROFESSORS AS *AMICI CURIAE* IN SUPPORT OF DEBTOR-APPELLEE'S PETITION FOR REHEARING AND REHEARING *EN BANC***

DANIEL S. SHAMAH
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
(212) 326-2000

PETER FRIEDMAN
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

LAURA L. SMITH
EMMA L. PERSSON
O'MELVENY & MYERS LLP
2501 North Harwood Street,
   Suite 1700
Dallas, Texas 75201
(972) 360-1900

*Counsel for Amici Curiae*

Pursuant to Rule 29(b)(2) of the Federal Rules of Appellate Procedure, *amici curiae*, whose names and affiliations are set forth in the Appendix to the proposed brief filed contemporaneously herewith (collectively, the "Law Professors"), by and through undersigned counsel, respectfully move for leave to file a 1,837-word *amici curiae* brief in support of Debtor-Appellee's petition for rehearing and rehearing *en banc*. In support, *amici* state as follows:

1. *Amici curiae* are nationally-recognized Law Professors who teach courses and seminars in corporate governance, business law, and bankruptcy law and reorganization. The Law Professors have published numerous articles and treatises on the subject of business reorganizations and mass tort bankruptcies, provided testimony to Congress on various bankruptcy matters, and maintain a professional interest in ensuring that this Court is appropriately informed about how its recent decision departs from this Court's precedent, and reads into the Bankruptcy Code a "financial distress" requirement for Chapter 11 debtors that Congress does not require. The Law Professors' vast experience and authorship in this area of law are critically relevant to the petition for rehearing and rehearing *en banc*.

2. The proposed *amici* brief, filed herewith, is timely. It was submitted to this Court on February 21, 2023, within the deadline set for the filing of *amicus curiae* briefs under Fed. R. App. P. 29(b)(5).

3. The proposed *amici* brief is helpful to the Court. The Law Professors' interest here is to ensure the proper application of the good faith test with respect to Chapter 11 debtors, which is not statutorily constrained by any "financial distress" or insolvency requirement. *See* 11 U.S.C. § 109; *Mem'l Corp. v. BEPCO, LP (In re 15375 Mem'l Corp.)*, 589 F.3d 605, 618 (3d Cir. 2009); *In re SGL Carbon Corp.*, 200 F.3d 154, 165-66 (3d Cir. 1999).

4. Pursuant to Fed. R. App. P. 29(a)(2), *amici curiae* further certify that all parties have consented to the filing of this brief.

5. The proposed *amici* brief contains 1,837 words.

6. *Amici* respectfully request that the Court grant this motion for leave to file, and accept for filing, the *amici curiae* brief filed with this motion.

Dated:  February 21, 2023

        Respectfully submitted,

    */s/ Peter Friedman*
PETER FRIEDMAN
O'MELVENY & MYERS LLP
1625 EYE STREET, NW
WASHINGTON, DC 20006
(202) 383-5300

DANIEL S. SHAMAH
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

> LAURA L. SMITH
> EMMA L. PERSSON
> O'MELVENY & MYERS LLP
> 2501 North Harwood St., Suite 1700
> Dallas, Texas 75201
> (972) 360-1900
>
> *Counsel for* Amici Curiae

# **COMBINED CERTIFICATIONS**

I, Peter Friedman, certify as follows:

1.    I am member in good standing of the bar of the United States Court of Appeals for the Third Circuit. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

2.    This motion complies with the type-volume limitations of Rule 27(d)(2) of the Federal Rules of Appellate Procedure because this motion contains 353 words. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it appears in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

3.    I served a copy of this motion on all parties or their counsel of record through this Court's CM/ECF system.

4.    This brief complies with the electronic filing requirements of Local Rule 31.1(c) because the Vipre Virus Protection, version 3.1 has been run on the file containing the electronic version of this brief and no viruses have been detected.

*/s/ Peter Friedman*
Peter Friedman

*Counsel for* Amici Curiae