UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 22-2003, 22-2004, 22-2005, 22-2006, 22-2007,
22-2008, 22-2009, 22-2010, and 22-2011

_____

IN RE: LTL MANAGEMENT, LLC,
　　　　　　　　　　　　　　　　　Debtor

Official Committee of Talc Claimants,
　　　　　　　　　　　　　　　　　Appellant

_____

(U.S. Bankruptcy Court for the District of New Jersey No. 21-bk-30589)

_____

ORDER

_____

Present: JORDAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, FREEMAN, MONTGOMERY-REEVES, FUENTES, and AMBRO[*], Circuit Judges

　　Appellants are directed to file responses to the petition for rehearing within fourteen (14) days from the date of this order.  No single response shall exceed 3900 words.

　　　　　　　　　　　　　　　　BY THE COURT,
　　　　　　　　　　　　　　　　s/ Thomas L. Ambro
　　　　　　　　　　　　　　　　Circuit Judge

Date: February 23, 2023
cc: All counsel of record

_____

[*]Judge Thomas L. Ambro assumed senior status on February 6, 2023.