UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2003/22-2004/22-2005/22-2006/22-2007/22-2008/22-2009/22-2010/22-2011

In Re: LTL MANAGEMENT LLC, Debtor

OFFICIAL COMMITTEE OF TALC CLAIMANTS, Appellant

v.

THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT AND JOHN AND JANE DOES 1-1000

(Agency No. 21-bk-30589, 21-ap-03032)

Present: AMBRO, <u>Circuit Judge</u>

1. Motion filed by Amicus Curiae Eugene Wedoff, David Epstein and Christian Undersea to file a response in opposition to rehearing.

                                                  Respectfully,
                                                  Clerk/JK

_____ORDER_____

The foregoing Motion filed by Amicus Curiae Eugene Wedoff, David Epstein and Christian Undersea to file a response in opposition to rehearing is **granted.**

                                                  By the Court,

                                                <u>s/THOMAS L. AMBRO</u>
                                                     Circuit Judge

Dated: March 13, 2023
JK/cc: All Counsel of Record