UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 22-2003, 22-2004, 22-2005, 22-2006, 22-2007,
22-2008, 22-2009, 22-2010, 22-2011

In Re: LTL MANAGEMENT LLC,
Debtor

OFFICIAL COMMITTEE OF TALC CLAIMANTS,
Appellant
v.

THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT AND JOHN AND JANE DOES 1-1000

(District Court Civil No.: 21-bk-30589; 21-ap-03032)

SUR PETITION FOR REHEARING

Present: JORDAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, FREEMAN, CHUNG, Circuit Judges,
AMBRO* and FUENTES*, Senior Circuit Judges

**ORDER**

The petition for rehearing (D.I. 153) filed by appellee in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge

---

* Pursuant to Third Circuit I.O.P. 9.5.3, the votes of Judge Fuentes and Judge Ambro are limited to panel rehearing only. Judge Ambro assumed senior status on February 6, 2023.

who concurred in the decision having asked for rehearing, and none of the eligible judges of the circuit in regular service having voted for rehearing, the petition for rehearing by the panel and the Court *en banc* is denied.

BY THE COURT,

s/ THOMAS L. AMBRO
Circuit Judge

Dated: March 22, 2023
JK/cc: All Counsel of Record