UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2003/22-2004/22-2005/22-2006/22-2007/22-2008/22-2009/22-2010/22-2011

In Re: LTL MANAGEMENT LLC, Debtor

OFFICIAL COMMITTEE OF TALC CLAIMANTS, Appellant

v.

THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT AND JOHN AND JANE DOES 1-1000

(Agency No. 21-bk-30589, 21-ap-03032)

Present: AMBRO[*], RESTREPO and FUENTES, Circuit Judge

1. Motion filed by Appellee LTL Management LLC in 22-2003, 22-2004, 22-2005, 22-2006, 22-2007, 22-2008, 22-2009, 22-2010, 22-2011 to stay mandate.

2. Response filed by Appellant Official Committee of Talc Claimants in 22-2003 to motion to stay mandate.

3. Response filed by Appellant Arnold & Itkin LLP in 22-2009 to motion to stay mandate.

4. Reply by Appellee LTL Management LLC to Appellees' Responses to motion to stay mandate.

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing motion to stay mandate is DENIED.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

---

[*] Judge Ambro assumed senior status on 02/06/2023

Dated: March 31, 2023
JK/cc: All Counsel of Record