Nos. 22-2003, 22-2004, 22-2005, 22-2006, 22-2007,
22-2008, 22-2009, 22-2010, 22-2011

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

IN RE: LTL MANAGEMENT, LLC,

*Debtor*,

_____

*OFFICIAL COMMITTEE OF TALC CLAIMANTS,

*Appellant.*

*(Amended per Court's Order dated 06/10/2022)

Direct Appeal from the United States Bankruptcy Court
for the District of New Jersey
Chapter 11 No. 21-30589, Adv. Proc. No. 21-3023

## MOTION TO WITHDRAW AS COUNSEL

Benjamin Hayes
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
*bhayes@goodwinlaw.com*

*Counsel for Amici Curiae*

TO THE CLERK:

Please withdraw the appearance of Benjamin Hayes on behalf of Amici Curiae National Association of Manufacturers and Product Liability Advisory Council, Inc. in the above-captioned case.  Mr. Hayes will no longer be associated with the firm Goodwin Procter LLP after May 19, 2025.  Amici Curiae National Association of Manufacturers and Product Liability Advisory Council, Inc. continue to be represented by Jaime A. Santos of Goodwin Procter LLP.

Dated:  May 16, 2025

Respectfully submitted,

*s/ Benjamin Hayes*
Benjamin Hayes
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
*bhayes@goodwinlaw.com*

*Counsel for Amici Curiae*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the Courts CM/ECF system.  Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.


*/s/ Benjamin Hayes*
Benjamin Hayes